FILED
SEP 30 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:25 CR 0489 |
| v. | ) | Title 18, United States Code, |
| JASHAUD ANDERSON, | ) | Sections 922(g)(1) and 924(e) |
| Defendant. | ) | |

**JUDGE PEARSON**

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(e))

The Grand Jury charges:

1. On or about May 17, 2025, in the Northern District of Ohio, Eastern Division, Defendant JASHAUD ANDERSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Burglary, on or about June 25, 2012, in Case Number CR-12-563961, in Cuyahoga County Court of Common Pleas; Burglary, on or about June 25, 2012, in Case Number CR-12-560308, in Cuyahoga County Court of Common Pleas; Aggravated Burglary, on or about June 25, 2012, in Case Number CR-12-562265, in Cuyahoga County Court of Common Pleas; Aggravated Burglary, on or about June 25, 2012, in Case Number CR-12-560556, in Cuyahoga County Court of Common Pleas; Burglary, on or about March 17, 2020, in Case Number CR-19-645765, in Cuyahoga County Court of Common Pleas; and Aggravated Burglary, on or about March 17, 2020, in Case Number CR-20-647658, in Cuyahoga County Court of Common Pleas; did knowingly possess a firearm and ammunition, to wit: a Glock model 43X, 9mm semiautomatic

pistol, serial no. BVWB801, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## SENTENCING ALLEGATION
(Prior Convictions, 18 U.S.C. § 924(e))

2. Before Defendant JASHAUD ANDERSON committed the offense charged in Count 1 of this Indictment, JASHAUD ANDERSON had at least three previous convictions for violent felonies, serious drug offenses, or both, that were committed on occasions different from one another, to wit: Aggravated Burglary, on or about June 25, 2012, in Case Number CR-12-563961, in Cuyahoga County Court of Common Pleas; Aggravated Burglary, on or about June 25, 2012, in Case Number CR-12-560556, in Cuyahoga County Court of Common Pleas; and Aggravated Burglary, on or about March 17, 2020, in Case Number CR-20-647658, in Cuyahoga County Court of Common Pleas.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant JASHAUD ANDERSON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.